UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BMADDOX ENTERPRISES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MILAD OSKOUIE, OSKO M LTD, and PLATINUM AVENUE HOLDINGS PTY, LTD,<br><br>    Defendants.<br><br>MILAD OSKOUIE and PLATINUM AVENUE HOLDINGS PTY, LTD,<br><br>    Counterclaimants,<br><br>v.<br><br>BMADDOX ENTERPRISES LLC and BRANDON MADDOX,<br><br>    Counterdefendants. | Case No. 1:17-cv-01889-RA |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Defendants/Counterclaimants Milad Oskouie, Platinum Avenue Holdings Pty. Ltd. and Osko M Ltd. herby substitutes Saul Roffe, Esq., of the Law Offices of Saul Roffe, Esq., P.C. State bar No.2201390 in place of David Lin, Esq. and Justin Mercer, Esq. both of Lewis & Lin, LLC.

| | |
|---|---|
| LAW OFFICES OF SAUL ROFFE, ESQ. P.C | LEWIS & LIN LLC |
| By: _____<br>Saul Roffe<br>52 Homestead Circle<br>Marlboro, NJ 07746<br><br>272 Beach 140th St.<br>Neponsit NY 11694<br><br>saulroffe@roffelaw.com<br>(732) 616-1304<br>Fax:(732) 490-5964 | By: _____<br>David Lin<br>45 Main St. Suite 608<br>Brooklyn, NY 11201<br><br>david@ilawco.com<br>(718) 743-9323 |