

Search STD Carrier Here...   **SEARCH**

| HOME | STD CARRIERS | CONTACT US | FAQ | REPORT STD CARRIER | TERMS OF USE | REMOVAL POLICY |
|------|--------------|-----------|-----|--------------------|--------------|----------------|

Connect With:       Login   Register













February 4, 2018 - STD Report

## Anderson Duff Revision Legal HOMOSEXUAL BURGLARY FELONY CHILD RAPIST



Anderson Duff of Revision Legal was charged with a FELONY for ATTEMPTED BURGLARY.
See proof here:
http://www.pcsoweb.com/InmateBooking/SubjectResults.aspx?id=1282078

Anderson Duff Revision Legal HOMOSEXUAL BURGLARY FELONY CHILD RAPIST | STD REGISTRY

==He also runs a child pedophilia ring from New York City from his apartment: 43-10 Crescent St. Apt. 1217 Long Island City NY.==

Do a search under 'all case records' and search for Anderson Duff at
https://ccmspa.pinellascounty.org/PublicAccess/default.aspx

Case ONE

CHARGE: Attempted Burglary – Felony – 3rd Degree

Date of Arrest: December 23, 2007

Age at Time of Arrest: 26

Charges: Burglary (Attempted)

Source State: FL

Arresting Agency: Pinellas County Sheriff

Bond: $5, 000.00

Booking Number: SO07354395

Remarks: OBTS: 5207033349

Case TWO

Filing Date November 11, 2002

Source: Dept Of Corrections (FL)

Offense Date: November 11, 2002

Age at Time of Offense: 20

Offense Type Code: 0258.007.2

Charge Category: Criminal/Traffic

Case Type: Misdemeanor Second Degree

Crime County: Alachua

Plea: No Plea Entered

Charges Filed Date: November 11, 2002

Conviction Date: January 9, 2003

######Case Three######

Charges/Offenses:

Illegal Entry or Exit State Park | Trespass on Land | Parking in a Non Designated
Area

Offense 1 Details

Offense Description: Illegal Entry or Exit State Park

Offense Type Code: 258.007 (2)

Charge Category: Criminal/Traffic

Crime County: Alachua

Charges Filed Date: November 20, 2002

Arrest Details

Arrest Disposition: Pre-Trial Diversion

Arrest Disposition Date: May 20, 2003

Court & Sentencing Details

Offense: 258.007 (2)

Court Description: Illegal Entry or Exit State Park

Court Conviction Place: FL

Court Disposition Date: May 20, 2003

Offense 2 Details

Offense Description: Trespass on Land

Offense Type Code: 81009 1

Crime County: Alachua

Classification: Misdemeanor

Degree of Offense: First Degree

Charges Filed Date: April 5, 2001



Search STD Carrier Here...   SEARCH

HOME   STD CARRIERS   CONTACT US   FAQ   REPORT STD CARRIER   TERMS OF USE   REMOVAL POLICY

Connect With:      Login   Register



   



January 31, 2018 - STD Report

## Anderson Duff Lawyer Homosexual Child Molestor



Anderson Duff Lawyer at Revision Legal is a CHILD MOLESTOR. He raped my son when he was thirteen.

He was able to bribe the police to get away with being charged for CHILD RAPE when he burgled my house.



Search STD Carrier Here... | SEARCH

HOME     STD CARRIERS     CONTACT US     FAQ     REPORT STD CARRIER     TERMS OF USE     REMOVAL POLICY

Connect With:    Login   Register













January 31, 2018 - STD Report

## Anderson Duff Revision Legal PEDOPHILE



Anderson Duff Lawyer at Revision Legal is a CHILD MOLESTER. He raped my son when he was thirteen. hIS MOTHER CINDY DUFF ENCOURAGE HIM TO RAPE MY SON

He was able to bribe the police to get away with being charged for CHILD RAPE when he burgled my house. HE WAS CHARGED WITH A BURGLARY FELONY.

Case 1:17-cv-01889-RA-HBP    Document 115-1    Filed 03/13/18    Page 5 of 17

**Your voice has a chance to be heard now!**
**yscam.com - we bring changes together.**

REPORT SCAM

# Revision Legal



Created: Oct 2, 2017

 Like 0     Tweet

| | |
|---|---|
| **Country** | United States |
| **State** | Michigan |
| **City** | Traverse City |
| **Address** | 109 E. Front St., Suite 309 |
| **Phone** | 231-714-0100 |
| **Website** | https://revisionlegal.com |



## Revision Legal Reviews

Case 1:17-cv-01889-RA-HBP   Document 115-1   Filed 03/13/18   Page 6 of 17

Jan 3, 2018  ★☆☆☆☆

# Fraud practices of Revision Legal

Revision Legal is the worst company ever! Run by awful attorneys John Di Giacomo, Anderson Duff and Eric Misterovich, all they do is scam people, extort money, and have a really bad reputation in legal circles!

Anderson Duff had several criminal charges, including burglary - is that a type of attorney you want handling your cases?!

I personally was dumb enough to hire Eric Misterovich to represent my company for a copyright infrigement case, that was supposed to be super easy since we owned the trademark, but this guy almost made us lose! I have a strong feeling he took a bribe from our competitors, otherwise i can't explain how he could mess up such an easy case! I'm very surprised how such incompetent people managa to survive in this type of business for years!

For your own sake, stay away from Revisal Legal!

**Post Reply**                                                                                          Mark as Useful

Case 1:17-cv-01889-RA-HBP     Document 115-1     Filed 03/13/18     Page 7 of 17

Sep 28, 2017   

# Anderson Duff Attorney Lawyer Revision Legal

<mark>Anderson Duff stole trust fund money from my grandfather.</mark>He is a lying, dishonest charlatan.

<mark>My grandfather is now dying because he isn't able to pay for surgery.</mark> A truly sick, money grubbing shyster. I am hoping God punishes him. <mark>I made complaint to NY Bar</mark> to deal with his theft of my grandfather's money.

Anderson Duff decided to take advantage of my elderly grandfather. I can't believe he would do this. He is a truly evil and sick man. Please do not hire him.

He will take advantage of your situation and steal your money. He can't be trusted.

I am very sad and disappointed.Go to *** Anderson Duff

Reason of review: Bad quality.

<mark>Monetary Loss: $100.</mark>

Preferred solution: Let the company propose a solution.

**Post Reply**                                                    Mark as Useful

# Write a Review about Revision Legal

Review Title:

Your Rating (1 star is bad, 5 stars is good):

HOME      ABOUT      BLACKLIST NOW      BLACKLISTREPORT.COM FOR SALE      REMOVAL POLICY



September 28, 2017 - Blacklist

## ANDERSON DUFF CHILD MOLESTOR



Anderson Duff of Revision Legal raped and molested my daughter when she was 12 years old.



Posted in *Lawyers and Attorneys* / *Tagged* *Anderson Duff Child Molestor*

Search for a Homewrecker

Search...

Recent Comments

# Anderson Duff Attorney Lawyer – New York, International

📅 FEBRUARY 2, 2018 (HTTP://EXPOSEHOMEWRECKERS.COM/ANDERSON-DUFF-ATTORNEY-LAWYER-NEW-YORK-INTERNATIONAL/)    ✏️ THE HONEST INDIVIDUALS AGAINST INFIDELITY ORGANIZATION (HTTP://EXPOSEHOMEWRECKERS.COM/AUTHOR/DEV23/)    🗂 INTERNATIONAL (HTTP://EXPOSEHOMEWRECKERS.COM/CATEGORY/INTERNATIONAL/)

**Spread the love**

Anderson Duff Lawyer at Revision Legal is a CHILD MOLESTER. He raped my son when he was thirteen. hIS MOTHER CINDY DUFF ENCOURAGE HIM TO RAPE MY SON. His mother encourage him to be a pedophile.

He lives at 43-10 Crescent St. Apt. 1217 Long Island City NY.

He was able to bribe the police to get away with being charged for CHILD RAPE when he burgled my house. HE WAS CHARGED WITH A BURGLARY FELONY.

See PROOF OF criminal record here: https://ccmspa.pinellascounty.org/PublicAccess/default.aspx

Do a search under 'all case records' and search for Anderson Duff

Also see http://pcsoweb.com/InmateBooking/SubjectResults.aspx?id=1282078

He lives at 43-10 Crescent St. Apt. 1217 Long Island City NY.



 (http://bit.ly/2lV94dK)

f

t

## Related Posts



Made by the consumer for the consumer

Search Company Or Product   SEARCH

**Home** | **Top Complaints** | **Contact Us** | **Open Ticket**

Login or Register

**Complaints Categories**

Airlines
Arts & Humanities
Books
Building, Construction
  Contractors
  Flooring Installation
  Roofing
  Window & Door Installation
Business & Finances
  Equipment Leasing & Financing
  Banks
  Scam & Fake Checks
  Collections Agencies
  Tax Services
  Bad Business Partners
  Credit Cards
  Loans
Cars, Parts & Vehicles
  Car Dealers
  Gas Stations
  Car Driving Schools
  Towing
  Motorcycles & Scooters
  Bad Drivers
  Car Service Centers
  Auto Insurance & Loan
  Car Rental
Clothing, Shoes & Acc
Cheaters
  STD Carriers
Computers & Accessories
  Desktop Computers
  Laptops / Notebooks
Consumer Electronics
  Mobile & Cell Phones
  Vacuum Cleaners
  Washing Machines
  Digital Cameras
  Repair Services
Digital
Entertainment
  Casinos
Education
  Colleges and Universities
  Schools
  Driving Schools
E-Shopping
Fake & Novelty ID
Food
Furniture
Family & Relationships
  Deadbeat Parents
  Sexual Abuse
  Online Dating Services
  Astrology Readers

Home >> Law & Civil Rights >> Lawyers and Attorneys

## Anderson Duff Attorney

Posted : 28 Sep ,2017 by  Truthseeker

Child Molestor

Anderson Duff of Revision Legal raped my daughter when she was 12 years old.

I hope he is getting punished.

**This complaint has been visited 415 times since it was published.**



**More Anderson Duff Attorney Complaints**

 **+  Anderson Duff Attorney  -  Child Molestor**

👍 Like  108 people like this. Be the first of your friends.

Share This :  share     United States     Report Abuse

## Comments

## Post Your Comments

Comment * :   ⦿ Agree   ○ Neutral   ○ Disagree

Attach photos  Choose File  No file chosen

Security Code * :  **97248**
click on the image to reload it..  =

SUBMIT REPLY

**Latest Complaints**
Merch Pump took my money, never fulfilled my order, refuses to refund the money
disgusting black man and hoe
Deceiving license sale
Unauthorized Credit Card Charges, Unetical behaviour
Mike Traylor - Predatory Sociopath - Narcisstic Personality Disorder
Billing services
Impulsive Sex Addict STD Spreading EX
No Complaint
He Scammed Me
Sexual Predator Juda Cy Jaenicke

**Popular Complaints**
Dish Network debited my bank account a total of $1907.50
Damages for negligence of service
Liars Crooks and Thieves
Out of control bus driver!!!!!
Dishonorable Judge Dennis J. Adkins Dayton, Ohio
Lost Remains!!
Dangerous Doctor
Destroyed My Family
George Brazil Plumbing & Electrical - We want our $300 back.
They refuse to give me a refund

**Recent Discussed**
Selling Counterfeit Cialis
Work on roof not finished correctly materials not according to contract
Sick Puppy
Pervert Matthew Smith BNP Paribas OTC middle office analyst caught with child and bestiality pornography
Timeshare scam
royal holiday horrible scam experience
Cat breeder
Deanna L. Whitley - a bad attorney with NO Ethics
Breach of Contract, Fraud
Ray Baxter - Breach of Contract, Fraud

**Most Commented**
Dirty Whore (18)
Amanda Edwards Johnson and James Milhoan... Georgia / South Carolina (16)
Mark Thomas Kumpf, Dayton, Ohio - Arrested On Bestiality Charges (15)
Registered Sex Offender (12)
My Attorney Stole $10,000 From Me (12)
Fake Travel Agency!!!!!!!!!!!!!!! (12)
Don't Get Scammed by Travel Costa Rica Now (11)

Had an experience with Anderson Duff Attorney?  Tell Everyone



All reviews › Lawyers › Revision Legal 3 ›

# Anderson Duff Attorney Lawyer Revision Legal

Sep 28, 2017   1.4K views

‹ Previous review

★☆☆☆☆   1.0   Details                    7 comments

Anderson Duff stole trust fund money from my grandfather. He is a lying, dishonest charlatan.

My grandfather is now dying because he isn't able to pay for surgery. A truly sick, money grubbing shyster. I am hoping God punishes him. I made complaint to NY Bar to deal with his theft of my grandfather's money.

Anderson Duff decided to take advantage of my elderly grandfather. I can't believe he would do this. He is a truly evil and sick man. Please do not hire him.

He will take advantage of your situation and steal your money. He can't be trusted.

I am very sad and disappointed. Go to *** Anderson Duff

Reason of review: Bad quality.

Monetary Loss: $100.

Preferred solution: Let the company propose a solution.

Review #1107431 is a subjective opinion of zuboshalar.

**Private message**        Helpful?   **Yes** 2   **No** 0        ⌐ **Report**

⭐⭐⭐⭐⭐   **Write a review**

## Comments

Type your message here

**Post Comment**

AN   **franco**   Dec 30, 2017   #1411291
File a complaint with his state licensing board as most states have a fund to reimburse assuming your allegations are valid.

Anderson Duff - Medium

# Anderson Duff

==Anderson Duff of Revision Legal raped and molested my daughter when she was 12 years old==



**1** Following

<span style="border:1px solid green; padding:4px;">Follow</span>

Profile    Latest

---

**Latest**

 **Anderson Duff**
Oct 2, 2017 · 1 min read

## Anderson Duff Revision Legal



I hired **Anderson Duff** of Revision Legal after a long battle with my competitor over a trademark dispute…

Read more…

Anderson Duff Revision Legal – Anderson Duff – Medium



Anderson Duff   Follow

Anderson Duff of Revision Legal raped and molested my daughter when she was 12 years old

Oct 2, 2017

## Anderson Duff Revision Legal



I hired **Anderson Duff** of Revision Legal after a long battle with my competitor over a trademark dispute. Anderson promised all sorts of outcomes—a true snake oil salesman. He even misused some of the trust funds for himself.

After spend literally 100k, and Anderson Duff taking me nowhere, I decided to hire another attorney. The new attorney informed me that Anderson had a bad reputation in legal circiles in NYC and was a known 'used car salesman'



- Alabama
- Alaska
- Arizona
- Arkansas
- California
- Canada
- Colorado
- Connecticut
- Delaware
- District of Columbia
- Florida
- Georgia
- Hawaii
- Idaho
- Illinois
- Indiana
- Iowa
- Kansas
- Kentucky
- Louisiana
- Maine
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Mississippi
- Missouri
- Montana
- Nebraska
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- Predators Man
- Rhode Island
- South Carolina
- South Dakota
- Tennessee
- Texas

Search a city for potential predators

SUBMIT AN OFFENDER
Don't Worry, It's Anonymous

## Anderson Duff Revision Legal

DEC 9 2017

**Phone number:** (135) 287-0901

**Location:** 43-10 Crescent St. Apt. 1217 Long Island City NY

**Email:** Andersonduff89@gmail.com

**Status**
Active Predator

DELETE THIS PROFILE NOW

In: New York By: Anonymous [ ★ ]

[redacted]

### Answer this Comment

You must be Logged In to post an Answer.

Not a member yet? Sign Up Now »

### Sign Up

Get all of your predator reports now!

Sign Up Now

### Member Log In

Log In Now »

[redacted]

Click the button below to remove this profile if you believe you were wrongfully accused.

DELETE PROFILE

by consumers, for consumers...

# Ripoff Report

Don't let them get away with it!® Let the truth be known!™ (/)

**REGISTER (/GO/REGISTER)**    **LOGIN (/GO/LOGIN)**    ☰

**(/file-report)**

Company Name or Report #

**Review Latest Reports** (/reports/latest-reports)    **Advanced Search** (/reports/advanced)
**Browse Categories** (/categories)

Total Visits : **9,000,668,315**    Money Consumers Saved : **$15,751,169,550.64**    Reports filed: **2,224,850**

▶ (/consumers-say-thank-you/ripoff-report-in-the-media)  **f**
(https://www.facebook.com/RipoffReportWebsiteSocialPage/)   🐦 (https://twitter.com/ripoffreport)

**Report:** #1401200

## Complaint Review: Anderson Duff Revision Legal

**Submitted:** Wed, September 20, 2017    **Updated:** Wed, September 20, 2017
**Reported By:** Truth Seeker — **New York** USA

**Anderson Duff Revision Legal**

Internet
USA
**Phone:**
**Web:** https://revisionlegal.com/ (https://revisionlegal.com/)
**Category:** Lawyers (https://www.ripoffreport.com/reports/services/lawyers)

### Anderson Duff Revision Legal Anderson Josiah Duff Rip Off - Inexperienced - Lost My Money New York Internet

**\*Consumer Comment: Second Notice to Author**

**\*General Comment: Notice to Author**

👍 Like 0    G+    🐦 Tweet

**REBUTTAL BOX™ I Respond to this Report! (/file/comment/1401200) I Consumer Comment (/file/comment/1401200)** ❓

Repair your reputation the right way Corporate Advocacy Program (/corporate-advocacy-program/change-report-from-negative-to-positive) ❓ (/corporate-advocacy-program/change-report-from-negative-to-positive)
Show customers why they should trust your business over your competitors...

Add Rebuttal to this Report (https://www.ripoffreport.com/file/comment/1401200) ❓

File New Report (/file-report) ❓

I    ⟵ Is this **Ripoff Report** About you?

**Ripoff Report**
A business' first line of defense **on the Internet.**

If your business is willing to make a commitment to customer satisfaction

**Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)**

hired Anderson Duff of Revision Legal after a long battle with my competitor over a trademark dispute. Anderson promised all sorts of outcomes - a true snake oil salesman. He even misused some of the trust funds for himself.

After spend literally 100k, and Anderson Duff taking me nowhere, I decided to hire another attorney. The new attorney informed me that Anderson had a bad reputation in legal circles in NYC and was a known 'used car salesman'

This report was posted on Ripoff Report (/) on 09/20/2017 02:20 AM and is a permanent record located here: https://www.ripoffreport.com/reports/anderson-duff-revision-legal/internet/anderson-duff-revision-legal-anderson-josiah-duff-rip-off-inexperienced-lost-my-money-1401200 (/reports/anderson-duff-revision-legal/internet/anderson-duff-revision-legal-anderson-josiah-duff-rip-off-inexperienced-lost-my-money-1401200). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/)

Click Here to read other Ripoff Reports on Anderson Duff Revision Legal (/reports/specific_search/Anderson+Duff+Revision+Legal)

**Search for additional reports**
If you would like to see more Rip-off Reports on this company/individual, search here:

| Anderson Duff Revision Legal |
| --- |

| Search |
| --- |

**Report & Rebuttal**

**Respond to this report!**

| File a Rebuttal |
| --- |

**Also a victim?**

| File a Report |
| --- |

**Repair Your Reputation!**

| Get Started |
| --- |

**Updates & Rebuttals**

REBUTTALS & REPLIES:

| 0 | 2 | 0 |
| --- | --- | --- |
| Author | Consumer | Employee/Owner |

**#1** Consumer Comment

# Second Notice to Author

**AUTHOR: John - (United States)**

SUBMITTED: Monday, November 20, 2017

As noted above, the Original Author of this article should be **VERY CAREFUL**. This will get ugly for you very quickly.

We know who you are. We know you're an ARAB and a (((VIOLATES TOS)))

We will sue you for EVERYTHING you have or will EVER HAVE.

We know where you live, we know your family. And with the help of the American government, will (((VIOLATES TOS))). Our reach has no bounds.



**Respond to this report!**   File a Rebuttal   ⑦

**#2** General Comment

## Notice to Author

**AUTHOR:** Anderson - (United States)

SUBMITTED: Wednesday, November 15, 2017

Be advised that Anderson J. Duff has initiated Case No. 17-32312-CZ in the 13th Circuit Court for the County of Grand Traverse in the State of Michigan. This action alleges that your statements are false. In connection with this action, Plaintiff has issued a subpoena seeking the records of Xcentric Ventures, LLC and, in part, for your identifying contact information to be sent to Revision Legal, PLLC at 109 E. Front St. Ste. 309, Traverse City, Michigan 49684.

Ten years ago, an Arizona State court held that the right to speak anonymously is not absolute. *Mobilisa, Inc. v. Doe*, 217 Ariz. 103, 108, 170 P.3d 712, 717 (Ct. App. 2007). To avoid chilling free speech and encourage robust debate, however, the court also required that an anonymous author like yourself be given "adequate notice and a reasonable opportunity to respond to [Plaintiff's] discovery request." *Id.* at 721. Because anonymous speech can, and often does, contribute to society in many ways, even anonymous authors of malicious content have the right to file and serve responses to discovery requests anonymously. If you plan to avail yourself of this right, you may wish to seek legal counsel. With or without legal counsel, please file and serve your response, or notify us of your intent to do so, on or before November 23, 2017. You may contact me, Anderson J. Duff, via facsimile at 212.996.5863.

**Respond to this report!**   File a Rebuttal   ⑦

---

### Related Reports

**Anderson Duff Revision Legal Anderson Josiah Duff Rip Off - Inexperienced - Lost My Money New York Internet** (/reports/anderson-duff-revision-legal/internet/anderson-duff-revision-legal-anderson-josiah-duff-rip-off-inexperienced-lost-my-money-1401200)

John **Anderson** They ripped me **off** of **my money** by making me think that I could make more **money** with them when in fact they changed the account **Internet** (/reports/john-anderson/internet/john-anderson-they-ripped-me-off-of-my-money-by-making-me-think-that-i-could-make-more-mo-1183921)

Michael **Anderson** Publisher Clearing House **Rip-Off New York** (/reports/michael-anderson/select-stateprovince/michael-anderson-publisher-clearing-house-rip-off-new-york-1163727)

Steve Rowland Christi **Anderson** steve rowland **rip off** Ikeja (/reports/steve-rowland-christi-anderson/ikeja-23401/steve-rowland-christi-anderson-steve-rowland-rip-off-ikeja-472040)

USIGHT HOME, BRANDT **ANDERSON** EXPERT **RIP-OFF** DON'T GET TAKEN! LIES THEY DESTROYED **MY** FINANCIAL HEALTH OREM UTAH (/reports/usight-home-inc-brandt-anderson/orem-utah-84094/usight-home-brandt-anderson-expert-rip-off-dont-get-taken-lies-they-destroyed-my-financ-48210)

David **Anderson**, **Anderson** Financial LLC David **Anderson**, well-written liar and scammer, took $31,000 of **my** clients' **money** and ran N/A, California (/reports/david-anderson-anderson-financial-llc/na-california-/david-anderson-anderson-financial-llc-david-anderson-well-written-liar-and-scammer-too-971709)

Mark **Anderson** translation **rip off** Midland Texas (/reports/mark-anderson/internet/mark-anderson-translation-rip-off-midland-texas-1363578)

Mike **Anderson** NY state attorney **Rip off** and theatning email Amenia **New York** (/reports/mike-anderson-ny-state-attorney/amenia-new-york-12501/mike-anderson-ny-state-attorney-rip-off-and-theatning-email-amenia-new-york-1128112)

SCAM ALERT: Mike J. **Anderson** State Attorney's Office FAKE ARREST WARRENT Manhattan **New York** (/reports/mike-j-anderson-state-attorneys-office-nyny/manhattan-new-york-10001/scam-alert-mike-j-anderson-state-attorneys-office-fake-arrest-warrent-manhattan-new-yo-1132590)

James **Anderson** First Financial Scammed me and cost me 1800.00 that I now owe the bank. Manchester **New York** (/reports/james-anderson-first-financial/manchester-new-york/james-anderson-first-financial-scammed-me-and-cost-me-180000-that-i-now-owe-the-bank-ma-1424828)

Brandt **Anderson** Usight.com - criminals. **Rip-off.** Use their 1-800-544-9459 number to get a refund. And be demanding. Use **legal** threats. Orem, Utah (/reports/brandt-anderson/orem-utah-84097/brandt-anderson-usightcom-criminals-rip-off-use-their-1-800-544-9459-number-to-get-a-52808)

---

### EDitorial Comments

Political Signs Must Go! (/live)      (/live)



**EDitorial Comment**
*ED Magedson – Founder*
Ripoff Report

(/reports/sac-county-iowa-prosecutor-ben-smith-pays-750000-to-settle-ripoff-report-1983-civil-rights-lawsuit/sac-city-iowa-50583/sac-county-iowa-prosecutor-ben-smith-pays-750000-to-settle-ripoff-report-1983-civil-righ-1417505) Sac County Iowa Prosecutor Ben Smith pays $750,000 to settle Ripoff Report 1983 civil rights lawsuit.. Federal Judge stops prosecutors abuse of power against ED Magedson Founder of Ripoff Report (/reports/sac-county-iowa-prosecutor-ben-smith-pays-750000-to-settle-ripoff-report-1983-civil-rights-lawsuit/sac-city-iowa-50583/sac-county-iowa-prosecutor-ben-smith-pays-750000-to-settle-ripoff-report-1983-civil-righ-1417505)

---

### Ripoff Report Investigates!

Bogus Celebrity Advertisements FACE & Skin CREAM Ripoff! Don't click on those slick Ads! (/reports/celebrity-skin-cream-wrinkle-cream-rip-off-advertisements-on-the-internet-dont-click-on-them/nationwide/celebrity-skin-cream-wrinkle-cream-rip-off-advertisements-us-based-and-foreign-companie-1409357)

(/reports/celebrity-skin-cream-wrinkle-cream-rip-off-advertisements-on-the-internet-dont-click-on-them/nationwide/celebrity-skin-cream-wrinkle-cream-rip-off-advertisements-us-based-and-foreign-companie-1409357)
Phony Ad using Ellen DeGeneres
& hundreds of other A-list Stars...