Hon. Ronnie Abrams

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007

RECEIVED
ONLY PRO SE FILING
2019 AUG 26  PM 2: 25
S.D. OF N.Y.

## **_BMaddox Enterprises v. Oskouie, et al._, No. 17-CV-1889**

Dear Judge Abrams,

I am writing to inform the court that I have become aware that Mr Maddox is, at the very least, attempting to evade and frustrate the enforcement of the Australian judgement from the Supreme Court of NSW, as I referred to in my previous letter (ECF 174).

Attached is a screenshot from his publicly accessible Facebook page. Mr Maddox makes it unequivocally clear that his intention is to avoid and frustrate the Australian judgement by declaration in the Facebook posting (see Figure 1 attached)

He has challenged the Plaintiff in the Australian case, mistakenly believing that avoiding travel to Australia will frustrate the judgement.

It appears he has done the above publicly because he believes that he will not face any consequences regarding his action which have been described by Special Agent Matthew Miller FBI as "extremely disturbing" or, in the alternative, that the attempt to collect the judgement will inevitably fail and that he will have little trouble in fending off any attempts.

This is an ongoing pattern for licensed gun dealer Mr Maddox.

Previously, Mr Maddox has blatantly attempted to use criminal means to disrupt my business and personal life. Specifically, he tried to recruit hackers from Russia and the rest of Asia via a freelance recruitment service (screenshots supplied as verified by FBI Agent Matthew Miller of the Sioux Falls branch office) to "take down" my competing website and manufacture evidence in an effort to make me look guilty because "attorneys are too expensive and time consuming". These actions were even conceded by Mr Maddox' counsel in ECF 56 at page 26 of 28 as being "…Brandon exploring his options and perhaps out of his depth".

1



Figure 2 – Attempting to recruit a hacker on Upwork

Figure 3 –



Figure 4 -



Figure 1 – Brandon's Facebook page



United States District Court
of the Southern District of New York
Pro Se Intake Unit
Thurgood Marshall US Courthouse
40 Foley Square
Room 105
New York, New York 10007