IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BMADDOX ENTERPRISES LLC,

        Plaintiff,

against

MILAD OSKKOUIE, et al.,

        Defendants.

CIVIL ACTION NO.: 17 Civ. 1889 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The referral in this action has been reassigned to the undersigned (ECF Oct. 2, 2019).

Plaintiff's Letter-Motion to stay the proceedings (ECF No. 172) is terminated as moot because the stay entered by District Judge Ronnie Abrams remains in place in this action (See ECF No. 178). The Clerk of Court is respectfully directed to close ECF No. 172.

The Clerk of Court is respectfully directed to mail a copy of this order to defendant Milad Oskouie at the address below.

Dated:    New York, New York
          October 10, 2019

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge

<u>Mail To</u>:    Milad Oskouie
               Tehran Province, Tehran, #20/4
               West Seventh St
               Ajoudaniye Ave
               Iran