UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BMADDOX ENTERPRISES LLC.,

                Plaintiff,

against

MILAD OSKOUIE, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 1889 (RA) (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, June 17, 2020. Defendant Milad Oskouie's request for an extension of time to dissolve Defendant Osko M Ltd. (ECF No. 192) is DENIED. With Plaintiff's consent, its Motion for Entry of Default (ECF No. 189) is terminated as improperly filed. Plaintiff is directed to file a proper request for Certificate of Default against Osko M Ltd. and Platinum Avenue Holdings Pty, Ltd. (the "Entity Defendants"). The parties are directed to file a joint status report to the Honorable Ronnie Abrams, by **Monday, July 1, 2020**, including

1. whether Plaintiff plans to withdraw its Motion to Dismiss Counterclaims (ECF No. 67), incorporate it into its anticipated motion for summary judgment against Mr. Oskouie, or move forward with it in some other fashion;

2. a proposed briefing schedule for Plaintiff's anticipated motion for default against the Entity Defendants; and

3. a proposed briefing schedule for Plaintiff's anticipated motion for summary judgment against Mr. Oskouie.

In light of his location in Iran, Mr. Oskouie is again informed that he may register with

the Court to be an ECF Receiving User (one who receives email notifications of case activity) by submitting the Consent & Registration Form to Receive Documents Electronically. Mr. Oskouie should note that if he becomes a Receiving User, he must continue to submit filings in paper form. The consent form can be found at http://www.nysd.uscourts.gov/file/forms/consent-to-electronic-service-for-pro-se-cases.

The Clerk of Court is respectfully directed to close ECF No. 189 and **mail a copy of this order to Mr. Oskouie at the address below.**

Dated:    New York, New York
          June 17, 2020

                                                SO ORDERED

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**

Mail To:   Milad Oskouie
           Tehran Province, Tehran, #20/4
           West Seventh St
           Ajoudaniye Ave
           Iran