**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BMADDOX ENTERPRISES LLC, | ) |
| Plaintiff, | ) Case No. 17-cv-1889-RA-HBP |
| v. | ) |
| MILAD OSKOUIE, OSKO M LTD, and PLATINUM AVENUE HOLDINGS PTY, LTD, | ) |
| Defendants. | ) |
| MILAD OSKOUIE and PLATINUM AVENUE HOLDINGS PTY, LTD, | ) |
| Counterclaim Plaintiffs, | ) |
| v. | ) |
| BMADDOX ENTERPRISES LLC and BRANDON MADDOX, | ) |
| Counterclaim Defendants. | ) |

## DECLARATION OF ANDERSON J. DUFF

I, Anderson J. Duff, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am an attorney admitted to practice before the Southern District of New York.

2. I issued a Rule 45 subpoena to Stripe, a payment processing service provider, for all documents relating to Entity Defendants and their infringing website at *ffltrust.com*.

3. I have reviewed all documents provided by Stripe and calculated the total amount of money that passed through the Entity Defendants' accounts with Stripe that related to the infringing website at *ffltrust.com*. A true and correct copy of the documents I received from Stripe and that I reviewed to calculate the total amount of money passing through the accounts related to the Entity Defendants' infringing website at *ffltrust.com* is attached hereto as **Exhibit A**.

4. The total amount of money in USD that went through those accounts was eighty-three thousand five hundred sixty-eight dollars and sixty eight cents ($83,568.68).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Date:   New York, New York
        November 19, 2021

By: _____
    Anderson J. Duff