**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BMADDOX ENTERPRISES LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>MILAD OSKOUIE, OSKO M LTD, and )<br>PLATINUM AVENUE HOLDINGS PTY, LTD, )<br><br>Defendants. )<br><br>MILAD OSKOUIE and PLATINUM AVENUE )<br>HOLDINGS PTY, LTD, )<br><br>Counterclaim Plaintiffs, )<br><br>v. )<br><br>BMADDOX ENTERPRISES LLC and )<br>BRANDON MADDOX, )<br><br>Counterclaim Defendants. ) | Case No. 17-cv-1889-RA-SLC |

**DECLARATION OF BRANDON MADDOX CONCERNING DAMAGES**

I, Brandon Maddox, state as follows:

1.      I am the controlling owner of BMaddox Enterprises LLC ("BMaddox").

2.      I personally managed the creation and maintenance of the website located at <ffl123>.com, which includes paying all invoices related to the same.

3.      The monthly cost to BMaddox paid to Rackspace to utilize a managed/dedicated server for <ffl123.com> with security and monthly maintenance is and has been $1,999 for all of 2015 to the present.

4.      The monthly cost to BMaddox paid to WordPress & PHP developers for maintenance, security, and updates is and has been $1,495 for all of 2015 to the present.

5.      The monthly cost to BMaddox paid to WooCommerce for cart maintenance is and has been $120 for all of 2015 to the present.

6.      The monthly cost to BMaddox paid to PCI Compliance is and has been $65 for all of 2015 to the present.

7.      The monthly cost to BMaddox paid to Cloudflare and Sucurri.net for firewalls on the <ffl123.com> website is and has been $89 for all of 2015 to the present.


I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.


Dated:  November 19, 2021                          Respectfully submitted,

                                                                    *Brandon L. Maddox*

                                                     By:  _____
                                                            Brandon Maddox