USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/04/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BMADDOX ENTERPRISES LLC, | ) ) ) ) |
| Plaintiff, | ) Case No. 17-cv-1889-RA-SLC ) |
| v. | ) ) |
| MILAD OSKOUIE, OSKO M LTD, and PLATINUM AVENUE HOLDINGS PTY, LTD, | ) ) **ORDER** ) |
| Defendants. | ) ) |
| MILAD OSKOUIE and PLATINUM AVENUE HOLDINGS PTY, LTD, | ) ) ) |
| Counterclaim Plaintiffs, | ) ) |
| v. | ) ) |
| BMADDOX ENTERPRISES LLC and BRANDON MADDOX, | ) ) ) |
| Counterclaim Defendants. | ) ) |

RONNIE ABRAMS, United States District Judge:

By separate Order, the Court awards Plaintiff judgment in this case consistent with the Court's rulings of August 18, 2021 and February 23, 2022.  It will not, however, order third-party financial institutions to locate, attach, restrain, or transfer Defendants' assets. *See Allstar Mktg. Grp., LLC v. 158*, No. 18-cv-4101 (GHW), 2019 WL 3936879, at *3 (S.D.N.Y. Aug. 20, 2019) (concluding that "Rule 65 cannot be used to support [a] proposed injunction" that would "purport[] to bind" third-party financial institutions and force them to transfer the defendants' assets to the plaintiff); *Spin Master Ltd. v. 158*, 463 F. Supp. 3d 348, 380 (S.D.N.Y. 2020), *adhered to in relevant part on reconsideration*, 2020 WL 5350541 (S.D.N.Y. Sept. 4, 2020) ("The

Court lacks authority to, and will not, enjoin third parties, including financial institutions and third party service providers, who are not before the Court."). In collecting its monetary judgment, Plaintiff should instead "turn to the remedies ordinarily applicable to enforcement of judgments at law under [Federal] Rule [of Civil Procedure] 69 and N.Y. C.P.L.R. § 5222." *WowWee Grp. Ltd. v. Meirly*, No. 18-cv-0706 (AJN), 2019 WL 1375470, at *11 (S.D.N.Y. Mar. 27, 2019).

Plaintiff is directed to serve a copy of this Order on Defendants. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 4, 2022
New York, New York

_____
Honorable Ronnie Abrams
United States District Judge